# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

BALTASAR JIMENEZ,

Appellant,

v.

MELBA JIMENEZ,

Appellee.

No. 2D23-1005

_____

December 20, 2023

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Sarasota County; Maria Ruhl, Judge.

Marshall G. Reissman of The Reissman Law Group, P.A., St. Petersburg, for Appellant.

William Wong of William Wong, P.A., Miami; and Douglas A. Orr of The Orr Law Firm, P.L., Cape Coral, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.